UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DAVID CADIEUX,                        )<br>                                             )<br>        Petitioner,                   )<br>                                             )<br>    v.                                      )<br>                                             )<br>UNITED STATES OF AMERICA,   )<br>                                             )<br>        Respondent.                  ) | Civil No.   09-42-B-W<br>Crim. No.   03-41-B-W |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on May 8, 2009 her Recommended Decision. The Plaintiff filed his request for de novo review of the Recommended Decision on May 21, 2009. The Court has reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and has conducted a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. The Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determines that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge (Docket # 5) is hereby AFFIRMED.

2. It is further ORDERED that the Petitioner's 28 U.S.C. § 2255 Petition (Docket # 1) be and hereby is DENIED.

3. It is further ORDERED that no certificate of appealability should issue in the event the Petitioner files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

                                                  /s/ John A. Woodcock, Jr.
                                                  JOHN A. WOODCOCK, JR.
                                                  CHIEF UNITED STATES DISTRICT JUDGE

Dated this 22nd day of July, 2009